

SO ORDERED,

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: July 28, 2016

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              CHAPTER 7
RONALD E. KENNEDY                                      CASE NO. 10-00781-EE

ORDER REGARDING TRUSTEE'S NOTICE
OF INTENTION TO ABANDON

**THIS MATTER** came on for the Court's consideration on the *Trustee's Notice of Intention to Abandon* [Dkt. #217] filed by J. Stephen Smith, the *Response* [Dkt. #220] filed on behalf of Emry Kennedy, the *Motion to Grant Standing to Creditor and for Alternative Relief* [Dkt. #215] filed on behalf of Emry Kennedy and the *Objection* [Dkt. #219] filed on behalf of Stephen Smith, Trustee. The Court, being fully advised in the premises, does hereby find as follows:

1.  That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Trustee abandons any interest the Bankruptcy Estate may have in the real property located in Lauderdale County, Mississippi. A true and correct copy of the legal description is attached hereto and incorporated herein as Exhibit "A".

**IT IS HEREBY FURTHER ORDERED** that the Emry Kennedy's *Motion to Grant Standing to Creditor and for Alternative Relief* is moot.

##END OF ORDER##

AGREED AS TO FORM:

_____                    /s/ Craig M. Geno
EILEEN N. SHAFFER, MSB #1687                 _____
Attorney for Stephen Smith, Trustee            CRAIG M. GENO
P.O. Box 1177                                  Attorney for Debtor
Jackson, MS 39215
(601) 969-3006
enslaw@bellsouth.net

That certain 7/48th interest the debtor has in 15.6 acres located in Lauderdale County, Mississippi. The legal description of said 15.6 acres is:

> Commence at the Southwest corner of the Southeast 1/4 of the Southeast 1/4 of Section 20, Township 7, North, Range 16 East, Lauderdale County, Mississippi, and run thence North 89 degrees 31 minutes 18 seconds East 564.23 feet in the South line of said Section 20 to the point of beginning of the land herein described; run thence North 418.26 feet; run thence East 675.84 feet to a point in the Westerly right-of-way line of Mississippi Highway No. 39; run thence in a Southwesterly direction 407.86 feet in said Highway of right-of-way line; run thence North 89 degrees 54 minutes 47 seconds West 30.14 feet in said right-of-way line; run thence Southwesterly 15.57 feet in said Highway right-of-way line to the South line of said Section 20; run thence South 89 degrees 31 minutes 18 seconds West 555.09 feet in the South line of said Section 20 to the point of beginning, being within and a part of the Southeast 1/4 of the Southeast 1/4 of Section 20, Township 7 North, Range 16 East, Lauderdale County, Mississippi

EXHIBIT "A"